## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

JAMES L. GEORGE                                                                    PLAINTIFF

V.                                    NO. 1:10CV00038 JTR

MICHAEL J. ASTRUE,                                                                 DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED THIS 29th DAY OF September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE