**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

JAMES L. GEORGE PLAINTIFF

V. NO. 1:10CV00038 JTR

MICHAEL J. ASTRUE, DEFENDANT
Commissioner, Social
Security Administration

**JUDGMENT**

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED THIS 29th DAY OF September, 2011.

J. Thomas Ray
UNITED STATES MAGISTRATE JUDGE